IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOYLE UNDERWOOD,<br><br>                      Plaintiff,<br><br>  vs.<br><br>FRONTERA PRODUCE, LTD., a foreign corporation; PRIMUS GROUP, INC., d/b/a PRIMUS LABS, a foreign corporation; PRUETT'S FOOD, INC., a domestic corporation; ASSOCIATED WHOLE GROCERS, INC., a foreign corporation; and JOHN DOES 1-10,<br><br>                      Defendants.<br><br>PRIMUS GROUP, INC., d/b/a PRIMUS LABS, a foreign corporation,<br><br>                      Third-Party Plaintiff,<br><br>  vs.<br><br>JENSEN FARMS,<br><br>                      Third-Party Defendant. | Case No. 6:11-CV-00348-JHP |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

      All parties to this action file this Stipulation of Dismissal With Prejudice of all claims under Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(b). Such dismissal is based upon the following:

1. The Parties to this action have reached an agreement to resolve all remaining claims in this lawsuit.

2. The parties now move to dismiss all remaining claims *with prejudice*.

1

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

6. This dismissal is filed *with prejudice* and shall terminate any and all claims asserted in the lawsuit and/or that could have been asserted in the lawsuit, including the dismissal *with prejudice* of Defendants Associated Wholesale Grocers, Inc. and Pruett's Food, Inc.'s Crossclaim against Defendant Frontera Produce, Ltd. (Doc. 96), Defendant Frontera Produce, Ltd.'s Crossclaim against Defendant Primus Group, Inc. (Doc. 102), Defendant Primus Group, Inc.'s Crossclaim against Defendant Frontera Produce, Ltd. (Doc. 126), and Defendant Primus Group, Inc.'s Third-Party Claim against Jensen Farms (Doc. 127).

7. This dismissal is not an admission of liability.

8. Plaintiff and Defendants shall bear their own respective attorney fees and costs relating to claims and defenses asserted in this action.

Respectfully submitted,

*/s/ Micky Walsh*
Micky Walsh, OBA No. 9327
Beeler Walsh & Walsh, PLLC
4508 N. Classen Boulevard
Oklahoma City, OK  73118
mwalsh@beelerwalshwalsh.com
T:  405-843-7600 & F:  405-606-7050

and

*/s/ Andrew Weisbecker*
Andrew Weisbecker, *Admitted Pro Hac Vice*
Marler Clark, LLP PS
1301 Second Avenue, Suite 2800
Seattle, WA  98101
aweisbecker@marlerclark.com
T:  206-346-1888 & F:  206-346-1898
**Attorneys for Plaintiff**

*/s/ Sarah E. Buchan*
Joseph R. Farris, OBA No. 2835
Sarah E. Buchan, OBA No. 20182
Franden Farris Quillin Goodnight + Roberts
2 West 2nd Street, Suite 900
Tulsa, OK  74103
jfarris@tulsalawyer.com
sbuchan@tulsalawyer.com
T:  918-583-7129 & F:  918-584-3814

and

Kenneth G. Anderson, *Admitted Pro Hac Vice*
Haight Brown & Bonesteel, LLP
555 South Flower Street
Forty-Fifth Floor
Los Angeles, CA  90071
kanderson@hbblaw.com
T:  213-542-8000 & F:  213-542-8100
**Attorneys for Frontera Produce Ltd.**

*/s/ John M. Thompson*
John M. Thompson, OBA No. 17532
Crowe & Dunlevy, PC
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
John.thompson@crowedunlevy.com
T:  405-235-7774 & F:  405-272-5924

and

Sarah L. Brew, *Admitted Pro Hac Vice*
Kiri N. Somermeyer, *Admitted Pro Hac Vice*
Faegre Baker Daniels, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Sarah.brew@gaegrebd.com
Kiri.somermeyer@faegrebd.com
T:  612-766-7000 & F:  612-766-1600
**Attorneys for Associated Wholesale Grocers, Inc. and Pruett's Food, Inc.**

*/s/ J. Craig Buchan*
J. Craig Buchan, OBA No. 19420
Suzanne Kern, OBA No. 30134
McAfee & Taft
1717 S. Boulder Avenue, Suite 900
Tulsa, OK  74119
Craig.buchan@mcafeetaft.com
Suzanne.kern@mcafeetaft.com
T:  918-574-3049 & F:  918-574-3149
**Attorneys for Primus Group, Inc. d/b/a Primus Labs**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 13th day of March, 2015, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered attorneys.

              */s/ Andrew Weisbecker*